# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEBSTONE CO., INC.<br>One Appian Way<br>Worcester, Massachusetts 01610,<br><br>Plaintiff,<br><br>v.<br><br>RAVEN PRODUCTS, INC.<br>100 Fountain Street<br>Framingham, Massachusetts 01702,<br><br>Defendants | )<br>)<br>)<br>) CIVIL ACTION NO. 05-11394JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the undersigned hereby stipulate that the above-captioned action be dismissed as to the claims arising out of the subject matter of this case, without prejudice, without costs and all rights of appeal waived.

**WEBSTONE CO., INC.**
By its attorneys


/s/ Brian L. Michaelis
Brian L. Michaelis (BBO#555159)
James Stoll (BBO#544136)
Robert L. Harris (BBO #644829)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
(617) 856-8200

Dated: November 14, 2005

# 1398901 v1 - HARRISRL - 001171/0011